**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-50302 |
| Plaintiff-Appellee, | D.C. No. 8:15-cr-00114-TJH-1 |
| v. | |
| KEVIN QUOC TRAN, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Terry J. Hatter, Jr., District Judge, Presiding

Submitted May 21, 2019**

Before: THOMAS, Chief Judge, FRIEDLAND and BENNETT, Circuit Judges.

Kevin Quoc Tran appeals from the district court's judgment and challenges the sentence of one year and one day imposed following his guilty-plea conviction for being a prohibited person in possession of firearms, in violation of 18 U.S.C. § 922(g)(9). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Tran argues that the district court failed to explain adequately its rejection of his argument for a base offense level of six pursuant to U.S.S.G. § 2K2.1(b)(2), and imposed a substantively unreasonable sentence. However, the record reflects that the district court sufficiently explained its determination that, because Tran had failed to show that he possessed the firearms solely for lawful sporting purposes or collection and had not unlawfully discharged or otherwise used them, U.S.S.G. § 2K2.1(b)(2) was inapplicable. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc). Moreover, the sentence of one year and one day is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

Given our decision on the merits, we do not reach the validity of the appeal waiver in the parties' plea agreement. *See United States v. Jacobo Castillo*, 496 F.3d 947, 957 (9th Cir. 2007) (en banc) (appeal waiver is not jurisdictional).

**AFFIRMED.**